1  PAUL L. REIN, Esq. (SBN 43053)
   LAW OFFICES OF PAUL L. REIN
2  200 Lakeside Drive, Suite A
   Oakland, CA 94612
3  Telephone:    510/832-5001
   Facsimile:    510/832-4787
4  reinlawoffice@aol.com

5  Attorneys for Plaintiff
   JAMES LLEWELLYN
6
   K.P. DEAN HARPER (#127474)
7  JASON J. GRANSKOG (#190233)
   Bowles & Verna LLP
8  2121 N. California Blvd., Suite 875
   Walnut Creek, California 94596
9  Telephone: (925) 935-3300
   Facsimile:  (925) 935-0371
10 dharper@bowlesverna.com
   jgranskog@bowlesverna.com
11

12
   Attorneys for Defendants
13 HARDEV SINGH dba THE GREENERY RESTAURANT;
   DIABLO HILLS GOLF ASSOCIATES, INC.;
14
                    UNITED STATES DISTRICT COURT
15                  NORTHERN DISTRICT OF CALIFORNIA

16

17 JAMES LLEWELLYN,
                                      Case No. 4:16-cv-06272 MEJ
18        Plaintiff,                  Civil Rights

19 v.                                 **CONSENT DECREE AND [PROPOSED]**
                                      **ORDER FOR INJUNCTIVE RELIEF,**
20 HARDEV SINGH dba THE GREENERY      **DAMAGES, AND ATTORNEY FEES,**
   RESTAURANT; DIABLO HILLS GOLF      **LITIGATION EXPENSES, AND COSTS**
21 ASSOCIATES, INC.; and DOES 1-10,
   INCLUSIVE,
22
          Defendants.
23
           1.     Plaintiff JAMES LLEWELLYN filed a Complaint in this action on October
24
   31, 2016, to enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42
25
   U.S.C. §§ 12101 *et seq.*, and California civil rights laws and to obtain recovery of damages
26
   for discriminatory experiences, denial of access, and denial of civil rights against Defendants
27
   HARDEV SINGH dba THE GREENERY RESTAURANT; DIABLO HILLS GOLF
28
   ASSOCIATES, INC (the "Defendants"), relating to disability discrimination at Defendant's

1  public accommodations as of September 2 and 14, 2016. Plaintiff has alleged that

2  Defendants violated Titles III of the ADA; sections 51, 52, 54, 54.1, 54.3, and 55 of the

3  California Civil Code, sections 17200 *et seq.* of the Business & Professions Code, and

4  sections 19953 *et seq.* of the Health and Safety Code by failing to provide full and equal

5  access to the patrons of the Greenery Restaurant located at 1551 Marchbanks Drive, Walnut

6  Creek, California, at the Diablo Hills Golf Course. Defendants dispute Plaintiff's claims.

7       2.      In order to avoid the costs, expense, and uncertainty of protracted litigation,

8  Plaintiff and Defendants (together, the "Parties") agree to entry of this Consent Decree and

9  Order to resolve all claims regarding injunctive relief, damages, and attorneys' fees, litigation

10  expenses and costs, raised in the Complaint without the need for protracted litigation.

11  Accordingly, the Parties agree to the entry of this Order without trial or further adjudication

12  of any issues of fact or law concerning all of Plaintiff's claims for relief.

13

14  **JURISDICTION:**

15       3.      The Parties to this Consent Decree and Order agree that the Court has

16  jurisdiction of this matter pursuant to 28 U.S.C. § 1331 for alleged violations of the

17  Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 *et seq.* and pursuant to

18  supplemental jurisdiction for alleged violations of California Civil Code sections 51, 52, 54,

19  54.1, 54.3, and 55.

20       WHEREFORE, the Parties to this Consent Decree hereby agree and stipulate to the

21  Court's entry of this Consent Decree and Order, which provide as follows:

22

23  **SETTLEMENT OF INJUNCTIVE RELIEF:**

24       4.      This Order shall be a full, complete, and final disposition and settlement of

25  Plaintiff's claims against Defendants for injunctive relief and damages that have arisen out of

26  the subject Complaint.

27       5.      The Parties agree and stipulate that the corrective work will be performed in

28  compliance with the standards and specifications for disabled access as set forth in the

- 2 -

1  California Code of Regulations, Title 24-2, and Americans with Disabilities Act Standards

2  for Accessible Design, unless other standards are specifically agreed to in this Consent

3  Decree and Order.

4         a.    **Remedial Measures:**  The corrective work agreed upon by the Parties

5  to be performed is set forth in **Attachment A**, a set of plans proposed by defendants and red-

6  line edited by Plaintiff's architect and expert, Gary Waters, and incorporated herewith.

7  Defendants represent that the building under construction will be completed in full

8  compliance with the California Building Code and access requirements.  Defendants agree to

9  undertake all of the respective remedial work as described by the red line edits of the plans.

10  In the alternative, defendants may, at their discretion use alternative, fully compliant

11  construction design and work under current standards of the California Building Code ("Title

12  24"), and approved by the relevant building department, to satisfy the requirement of this

13  Consent Decree.

14         b.    **Training:** Defendants agree that within 30 days after the re-opening of

15  the restaurant, Defendants will make the following policy commitments:  All staff, including

16  managers, will be trained to offer reasonable accommodations for disabled persons, including

17  affirmatively inquiring with disabled patrons as to whether they may need any reasonable

18  accommodations.  Defendants agree to make reasonable accommodations in their policies

19  and practices when interacting with disabled patrons.

20         c.    **Timing**: Defendants shall have until the restaurant re-opens to comply

21  with the remedial requirements of section 5(a) above.  Defendants shall have until 30 days

22  after the restaurant re-opens to complete the training requirements of section 5(b) above.  In

23  the event that unforeseen difficulties prevent Defendants from completing any of the agreed-

24  upon injunctive relief, Defendants or their counsel will notify Plaintiff's counsel in writing

25  within five days of discovering the delay.  Plaintiff will have thirty (30) days to investigate

26  and meet and confer, and to approve the delay by stipulation or otherwise respond to

27  Defendants' notice.  If the Parties cannot reach agreement regarding the delay within that

28  time period, Plaintiff may seek enforcement by the Court.  Defendants or their counsel will

- 3 -

1  notify Plaintiff's counsel when the corrective work is completed, and, whether completed

2  not, will provide a status report to Plaintiff's counsel no later than 120 days from the Parties'

3  signing of this Consent Decree and Order.

4          d.      Defendants will notify Plaintiff in writing at the end of 120 days from

5  the Parties' signing of this Consent Decree and Order as to the current status of agreed-to

6  injunctive relief, and every 60 days thereafter until all access is provided.  If Defendants fail

7  to comply with the terms of this Consent Decree and Order on the agreed upon timetable

8  and/or fail to provide timely written status notification, and Plaintiff files a motion with the

9  Court to obtain compliance with these terms, Plaintiff reserves the right to seek additional

10  attorney fees for any compliance work necessitated by Defendants' failure to comply with

11  this agreement.  If the Parties disagree, such fees, if any, shall be set by the Court.

12

13  **DAMAGES, ATTORNEYS' FEES, LITIGATION EXPENSES, AND COSTS:**

14      6.      Defendants agree to pay Plaintiff a total of $21,000 for Plaintiff's damages.

15  Defendant agrees to pay for Plaintiff's attorney fees, litigation expenses, and costs in the

16  amount of $34,000.  These respective amounts shall be paid in installments as follows.  The

17  first installment of $27,500 shall be delivered by noon on July 7, 2017.  Additional $27,500

18  installment will be delivered to Paul Rein's office by noon on August 4, 2017.  Each

19  installment shall be paid by check payable to "PAUL L. REIN IN TRUST FOR JAMES

20  LLEWELYN" and delivered to Plaintiff's counsel's office, located at 200 Lakeside Drive,

21  Suite A, Oakland California.

22

23  **ENTIRE CONSENT DECREE AND ORDER:**

24      7.      This Consent Decree and Order and **Attachment A** constitute the entire

25  agreement between the signing Parties on the matters of injunctive relief, and no other

26  statement, promise, or agreement, either written or oral, made by any of the Parties or agents

27  of any of the Parties that is not contained in this written Consent Decree and Order, shall be

28  enforceable regarding the matters of injunctive relief described herein.  The Court will retain

- 4 -

1  jurisdiction to enforce this decree. When Defendants notify Plaintiff's attorney that all work
2  on the restaurant is complete, Plaintiff's attorney may, at his option, seek a cooperative site
3  inspection if he makes such a request within 30 days of receiving notice from Defendants of
4  completion of the work. No fees or costs for Plaintiff's work will be charged for such an
5  inspection, if any is done.

7  **CONSENT DECREE AND ORDER BINDING ON PARTIES AND SUCCESSORS IN**
8  **INTEREST:**

9     8.    This Consent Decree and Order shall be binding on Plaintiff, Defendant, and
10  any successors-in-interest. Defendant has a duty to so notify all such successors-in-interest of
11  the existence and terms of this Consent Decree and Order during the period of the Court's
12  jurisdiction of this Consent Decree and Order.

14  **MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542:**

15     9.    Each of the Parties to this Consent Decree and Order understands and agrees
16  that there is a risk and possibility that, subsequent to the execution of this Consent Decree
17  and Order, any or all of them will incur, suffer, or experience some further loss or damage
18  with respect to the lawsuit that is unknown or unanticipated at the time this Consent Decree
19  and Order is signed. Except for all obligations required in this Consent Decree and Order, the
20  Parties intend that this Consent Decree and Order apply to all such further loss with respect
21  to the lawsuit, except those caused by the Parties subsequent to the execution of this Consent
22  Decree and Order. Therefore, except for all obligations required in this Consent Decree and
23  Order, this Consent Decree and Order shall apply to and cover any and all claims, demands,
24  actions, and causes of action by the Parties to this Consent Decree with respect to the lawsuit,
25  whether the same are known, unknown, or hereafter discovered or ascertained, and the
26  provisions of Section 1542 of the California Civil Code are hereby expressly waived. Section
27  1542 provides as follows:

28

- 5 -

**A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.**

10.     Except for all obligations required in this Consent Decree and Order each of the Parties to this Consent Decree and Order, on behalf of each, their respective agents, representatives, predecessors, successors, heirs, partners, and assigns, releases and forever discharges each other Party and all officers, directors, shareholders, subsidiaries, joint venturers, stockholders, partners, parent companies, employees, agents, attorneys, insurance carriers, heirs, predecessors, and representatives of each other Party, from all claims, demands, actions, and causes of action of whatever kind or nature, presently known or unknown, arising out of or in any way connected with the lawsuit.

**TERM OF THE CONSENT DECREE AND ORDER:**

11.     This Consent Decree and Order shall be in full force and effect for a period of sixty (60) months after the date of entry of this Consent Decree and Order by the Court.

**SEVERABILITY:**

12.     If any term of this Consent Decree and Order is determined by any court to be unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in full force and effect.

**SIGNATORIES BIND PARTIES:**

13.     Signatories on the behalf of the Parties represent that they are authorized to bind the Parties to this Consent Decree and Order. This Consent Decree and Order may be signed in counterparts and a facsimile signature shall have the same force and effect as an original signature.

- 6 -

1 | Dated: 7-5 , 2017      PLAINTIFF JAMES LLEWELLYN

2

3

4

5

6 | Dated: _____, 2017      DEFENDANT DIABLO HILLS GOLF
ASSOCIATES, INC.

7

8      By: _____

9      Print name: _____

10      Title: _____

11 | Dated: _____, 2017      DEFENDANT HARDEV SINGH
dba THE GREENERY RESTAURANT

12

13      By: _____

14      Print name: _____

     Title: _____

15

16 | Approved as to form:

17 | Dated: 7/5 , 2017      LAW OFFICES OF PAUL L. REIN

18

19      By: _____

20      PAUL L. REIN, Esq.
Attorneys for Plaintiff

21      JAMES LLEWELLYN

22 | Dated: _____, 2017      BOWLES & VERNA LLP

23

24      By: _____

25      JASON J. GRANSKOG, Esq.
Attorneys for Defendants

26      HARDEV SINGH dba THE GREENERY
RESTAURANT; DIABLO HILLS GOLF

27      ASSOCIATES, INC

28

- 7 -

| | |
|---|---|
| 1 | Dated: _____, 2017 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Dated: 6/27, 2017 |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Dated: 6/27, 2017 |

Dated: _____, 2017        PLAINTIFF JAMES LLEWELLYN

_____

Dated: 6/27, 2017        DEFENDANT DIABLO HILLS GOLF
                         ASSOCIATES, INC.

                         By: _____
                         Print name: _HARDEV SINGH_
                         Title: _MANAGER_

Dated: 6/27, 2017        DEFENDANT HARDEV SINGH
                         dba THE GREENERY RESTAURANT

                         By: _____
                         Print name: _HARDEV SINGH GH_
                         Title: _MANAGER_

Approved as to form:

Dated: _____, 2017        LAW OFFICES OF PAUL L. REIN

                         By: _____
                         PAUL L. REIN, Esq.
                         Attorneys for Plaintiff
                         JAMES LLEWELLYN

Dated: 6-27, 2017        BOWLES & VERNA LLP

                         By: _____
                         JASON J. GRANSKOG, Esq.
                         Attorneys for Defendants
                         HARDEV SINGH dba THE GREENERY
                         RESTAURANT; DIABLO HILLS GOLF
                         ASSOCIATES, INC

- 7 -

## ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: __July 10__, 2017

_____
Honorable MARIA-ELENA JAMES
United States Magistrate Judge



# DIABLO HILLS GOLF COURSE

### 1551 MARCHBANKS DRIVE
### THE GREENERY RESTAURANT and PRO SHOP REMODEL

*PRELIMINARY ACCESS PLAN REVIEW FOR INFORMATION PURPOSES ONLY. THIS IS NOT INTENDED TO BE A COMPLETE AND THOROUGH ACCESS PLAN REVIEW. THE REVIEW IS FOR COMPLIANCE W/ BOTH THE 2013 CBC & 2010 ADA.*
*FOR REVIEW BY: EMILY WATTERS, PACIFIC ACCESS CONSULTING, LLC*
*(707)479-0872. EMILY @ PACIFICACCESSCONSULTING.COM .*    Emily Watts   7/31/2017

## INDEX TO DRAWINGS

## PROJECT DIRECTORY

## CODE SUMMARY

## PROPERTY DATA

## VICINITY MAP

## ENVIRONMENTAL HEALTH COMMENTS:

**DIABLO HILLS GOLF COURSE**
1551 MARCHBANKS DRIVE
WALNUT CREEK, CA 94598

CS



DIABLO HILLS GOLF COURSE
1551 MARCHBANKS DRIVE
WALNUT CREEK CA 94598

WILLIAM WOOD
ARCHITECTS

A1



MAIN LEVEL DEMOLITION FLOOR PLAN

MAIN LEVEL EXISTING FLOOR PLAN

DIABLO HILLS GOLF COURSE

1551 MARCHBANKS DRIVE
WALNUT CREEK, CA 94598

WILLIAM WOOD
ARCHITECTS

A1.1



SEE ADAS 2010
ADVISORY 405.7 -
CURVILINEAR RAMPS
WITH SMALL RADII CAN
CREATE COMPOUND CROSS
SLOPES AND CANNOT, BY THEIR
NATURE, MEET THE
REQUIREMENTS FOR ACCESSIBLE
ROUTES. - CONFIRM COMPLIANCE

r=?

PROVIDE DIRECTIONAL
SIGNAGE INDICATING
LOCATION OF ACCESSIBLE
ROUTE TO BLDG
ENTRY

PROVIDE FULLY DIMENSION RAMP PLANS
& INDICATE RAMP HANDRAILS
& TOP & BOTTOM
EXTENSIONS &
STAIR HANDRAILS

ACCESSIBLE RAMP AT MAIN LEVEL TO BASEMENT LEVEL

ACCESSIBLE PATH AT BASEMENT LEVEL TO PUBLIC WAY

ENLARGED RAMP + STAIRS

DIABLO HILLS GOLF COURSE

WILLIAM WOOD
ARCHITECT DESIGN

A1.5



DIABLO HILLS GOLF COURSE

1551 MARCHBANKS DRIVE
WALNUT CREEK, CA

MAIN LEVEL FLOOR PLAN

A2

① THE CLEAR WHEELCHAIR SPACE 30"x 48" POSITIONED FOR FRONT APPROACH MUST BE ADJACENT TO (NOT OVERLAP) THE ACCESSIBLE TABLE. THE MIN WIDTH FROM THE EDGE OF THE LOWERED SECTION OF BAR COUNTER TO THE NEAREST OBSTRUCTION IS 5'-5".

② VERIFY ACCESSIBLE TABLES ARE PROPER EQUAL TO 5% OF TOTAL SEATING. ACCESSIBLE TABLES TO BE DISTRIBUTED THROUGHOUT THE DINING AREA AND PROVIDE SIMILAR AMENITIES AS THE GENERAL SEATING. ENSURE ACCESSIBLE SEATING LOCATIONS ARE ON AN ACCESSIBLE ROUTE.

③ DEMONSTRATE THE REQ'D MIN. LANDING SIZE AT TOP AND BOTTOM 60"x 60".

EXTEND HANDRAIL IN DIRECTION OF STAIR FLIGHT.

DISTRIBUTE ACCESSIBLE SEATING LOCATIONS.

EXTEND HANDRAIL IN DIRECTION OF FINAL STAIR FLIGHT.

STAIRS NOTE:

FIGURE 11B 403.5.1

ENSURE THE ACCESSIBLE ROUTE TO THE EXTERNAL

DISTRIBUTE ACCESSIBLE SEATING LOCATIONS.

DISTRIBUTE ACCESSIBLE SEATING LOCATIONS.



DIABLO HILLS GOLF COURSE

1551 MARCHBANKS DRIVE
WALNUT CREEK CA 94598

WILLIAM WOOD
ARCHITECTS
301 HARTZ AVENUE, SUITE 203
DANVILLE, CALIFORNIA 94526

A3



BASEMENT FLOOR PLAN

DIABLO HILLS GOLF COURSE

1551 MARCHBANKS DRIVE
WALNUT CREEK CA 94598

WILLIAM WOOD
ARCHITECTURE
301 HARTZ AVENUE, SUITE 203
DANVILLE, CALIFORNIA 94526

A4



UNENCLOSED STRAIGHT-THRU PLATFORM W/PLATFORM GATE (NO PIT)

UNENCLOSED STRAIGHT-THRU PLATFORM W/PLATFORM GATE (NO PIT)

UNENCLOSED STRAIGHT-THRU PLATFORM W/PLATFORM GATE (NO PIT)

ILS-01102

WALL SECTION

ATTIC / MECHANICAL WELL PLAN

DEMONSTRATE 60" X 60" LANDING TOP AND BOTTOM AT LIFT (CBC 11B-410.7)

LIFTS SHALL NOT BE ATTENDANT OPERATED AND SHALL ALLOW FOR UNASSISTED ENTRY AND EXIT.

DIABLO HILLS GOLF COURSE

WILLIAM WOOD

A5



MAIN LEVEL REFLECTED CEILING PLAN

SUSPENDED CEILING REQUIREMENTS

WILLIAM WOOD
ARCHITECTS
201 N. CIVIC DRIVE, SUITE 220
WALNUT CREEK, CALIFORNIA 94596
(925) 935-6464

DIABLO HILLS GOLF COURSE
1601 MARCHBANKS DRIVE
WALNUT CREEK, CA 94598

A6



ROOF PLAN

SCALE: 1/8" = 1'-0"

WILLIAM WOOD
ARCHITECTURE

DIABLO HILLS GOLF COURSE
1601 MARCHBANKS DRIVE
WALNUT CREEK, CA 94598

A7



STREET ELEVATION

RIGHT SIDE ELEVATION

ENTRY (FRONT) ELEVATION

REAR ELEVATION ... FRONT ELEVATION ... LEFT SIDE ELEVATION ... RIGHT SIDE ELEVATION

TRASH ENCLOSURE ELEVATIONS

REAR ELEVATION

WILLIAM WOOD
ARCHITECTS

DIABLO HILLS GOLF COURSE
1601 MARCHBANKS DRIVE
WALNUT CREEK, CA  94598

A8



INTERIOR ELEVATIONS - BAR

BAR CROSS SECTION

ENLARGED BAR PLAN

BUILDING CROSS SECTION

DIABLO HILLS GOLF COURSE

WILLIAM WOOD
ARCHITECTURE

A9



**BUILDING SECTION - A**

**BUILDING SECTION - B**

WILLIAM WOOD
ARCHITECTS

DIABLO HILLS GOLF COURSE

1551 MARCHBANKS DRIVE
WALNUT CREEK, CA 94598

A9.1



INTERIOR ELEVATIONS - WOMEN'S RESTROOM

INTERIOR ELEVATIONS - MEN'S RESTROOM

INTERIOR ELEVATIONS - RESTROOM DOORS

INTERIOR ELEVATIONS - SERVICE A

INTERIOR ELEVATIONS - SERVICE B

INTERIOR ELEVATIONS
SERVICE C

DIABLO HILLS GOLF COURSE

1601 MARCHBANKS DRIVE
WALNUT CREEK, CA 94598

WILLIAM WOOD

A10



INTERIOR ELEVATIONS - BANQUET ROOM B

DIABLO HILLS GOLF COURSE

1551 MARCHBANKS DRIVE
WALNUT CREEK CA 94598

WILLIAM WOOD
ARCHITECTS INC.
301 FRANTZ AVENUE, SUITE 320
DANVILLE, CALIFORNIA 94526

A10.1



# DOOR SCHEDULE

# WINDOW SCHEDULE

# HARDWARE GROUPS

# NOTES

# NOTES

# ROOM FINISH AND MATERIAL SCHEDULE

ROOM FINISH SCHEDULE

MATERIALS LEGEND





DIABLO HILLS GOLF COURSE

1601 MARCHBANKS DRIVE
WALNUT CREEK, CA. 94596

WILLIAM WOOD
ARCHITECTS

303 HARTZ AVENUE, SUITE 220
DANVILLE, CALIFORNIA 94526



A11



**WILLIAM WOOD**
ARCHITECTS

DIABLO HILLS GOLF COURSE

1501 MARCHBANKS DRIVE
WALNUT CREEK, CA 94598

A12



FOUNDATION UNDER TRASH ENCLOSURE FRONT WALL

STEEL POST ON MASONY WALL AT TRASH ENCLOSURE

STEEL POST ON MASONY WALL AT TRASH ENCLOSURE

JOIST TO BEAM CONNECTION AT TRASH ENCLOSURE

END JOIST TO BEAM CONNECTION AT TRASH ENCLOSURE

JOIST TO BEAM CONNECTION AT TRASH ENCLOSURE

TRASH ENCLOSURE ROOF FRAMING PLAN

TRASH ENCLOSURE ROOF PLAN

TRASH ENCLOSURE FOUNDATION PLAN

TRASH ENCLOSURE FLOOR PLAN

WILLIAM WOOD
ARCHITECTURE
DIABLO HILLS GOLF COURSE
WALNUT CREEK, CA 94598

A13





ACCESSIBLE PARKING NOTES

TYPICAL ACCESSIBLE PARKING STALLS

THIS ACCESS AISLE AT
THE VAN ACCESSIBLE STALL
SHALL BE ON THE PASSENGER
SIDE OF THE SPACE.

UNAUTHORIZED VEHICLE SIGN

LOCAL LAW ENFORCEMENT
AGENCY OR TOWING COMPANY

ACCESSIBLE PARKING STALL SIGN

INTERNATIONAL ACCESSIBILITY SYMBOL

DIABLO HILLS GOLF COURSE

1551 MARCHBANKS DRIVE
WALNUT CREEK, CA 94598

WILLIAM WOOD
ARCHITECT DESIGN

A14



TYPICAL MILLWORK AND BASE DETAILS

DIABLO HILLS GOLF COURSE
1551 MARCHBANKS DRIVE
WALNUT CREEK, CA 94598

WILLIAM WOOD ARCHITECTURE

A15